# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **FREDERICK M. GAMBLE (Plaintiff)** ) <br> **Regional Confinement Facility** ) <br> **1490 Randolph Road** ) <br> **Fort Sill, OK 73503** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **THE DEPARTMENT OF THE ARMY** ) <br> **Attn: U.S. Army Legal Services Agency** ) <br> **901 N. Stuart Street, Suite 700** ) <br> **Arlington, VA 22203-1837** ) <br> ) <br> **ALASKA DEPARTMENT OF** ) <br> **MILITARY AND VETERANS AFFAIRS** ) <br> **Attn: The Alaska Army National Guard** ) <br> **P.O. Box 5800 Camp Denali** ) <br> **Fort Richardson, AK 99505-5800** ) <br> ) <br> **ALASKA DEPARTMENT OF** ) <br> **MILITARY AND VETERANS AFFAIRS** ) <br> **Attn: The Alaska National Guard** ) <br> **Youth Corps** ) <br> **P.O. Box 5800 Camp Denali** ) <br> **Fort Richardson, AK 99505-5800** ) <br> ) <br> **Defendant.** ) <br> ) | **Civil Action No. 08-0207 (ESH)** |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Brian C. Baldrate, Special Assistant U.S. Attorney, as counsel of record for the federal defendant, Department of the Army, in the above-captioned case.

Respectfully submitted,

_____/s/_____
BRIAN C. BALDRATE
Special Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served by First-Class Mail, postage paid to:

FREDERICK M. GAMBLE (Plaintiff)
Regional Confinement Facility
1490 Randolph Road
Fort Sill, OK 73503

on this _____ day of March, 2008.

Respectfully submitted,

_____/s/_____
BRIAN C. BALDRATE
Special Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780