RECEIVED

MAR **2 0** 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Frederick. M. Gamble    )
                        )
                        )
                        )
                        ) Civil Action No. 08-207(ESH)
        V.              )
                        ) Judge's initials

Alaska Army National Guard
Alaska Department of Military Veterans Affairs Anchorage, Alaska
Alaska Youth Corps Ft. Richardson, Alaska
U.S. Department of Army Arlington, VA , ETAL

Reference:    **U.S. District Court Case number 08-207 (ESH) Motion for
appointment of counsel**

 I am requesting legal counsel to represent me in the above case because I don't have the
freedom or financial means to represent myself.  I am currently incarcerated at Ft. Sill,
Ok which has contributed to my lost of job, income, and unjust confinement by the Army
National Guard, Military Veterans Affairs, Army Youth Corp  and U.S. Army.

I was a Major in the Army Alaska National Guard for over fourteen years and was on the
list for LTC and eligible for promotion when my career suddenly ended for unjust cause.
I have been married for over fifteen years and have three children ages 11, 9, and 7.  I
would appreciate any assistance you can give me in handling this case. If you have any
questions please feel free to contact my mother Irene Hooks at 502-742-3278 who is
currently assisting me with this process.

Sincerely
Frederick M. Gamble

# Certificate

# Of

# Service

Shipment Details

Delivered:
Please see attached Confirmation Dates for
Summons attached.

"Motion for Appointment of Counsel"

Thank you Very Much

Fredrick Gamble
Fredrick Gamble