AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Fredrick M. Gamble (Plaintiff)
MAJOR, U.S. Army, (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)
Regional Confinement Facility
1490 Randolph Road
Fort Sill, OK 73503

**SUMMONS IN A CIVIL CASE**

V.

Department of the Army, ET AL
ATTN: U.S. Army Legal Services Agency
901 North Stuart Street
Arlington, VA 22203-1837;

CASI

Case: 1:08-cv-00207
Assigned To : Huvelle, Ellen S.
Assign. Date : 2/5/2008
Description: FOIA/Privacy Act

TO: (Name and address of Defendant)

**U.S. Attorney**
**555 4th St. NW**
**Washington DC 20001**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF' [redacted] /A SG (name and address)

Frederick M. Gamble Regional Confinement Facility 1490 Randolph Road Fort Sill, OK 73503

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                FEB - 5 2008
CLERK                                   DATE

(By) DEPUTY CLERK

# Shipment Details

**MMUJF3CMKYD44**

THE UPS STORE #3152
12123 SHELBYVILLE RD
STE 100
LOUISVILLE, KY 402431447
(502) 254-9330

| | |
|---|---|
| Print Date: | Tue 11 Mar 2008 |
| Shipper No.: | E8E076 |
| Rate Type: | Retail |
| Currency: | USD |
| Weight: | lbs |
| Dimensions: | in |

## Shipment Information

**Sender**
FREDERICK GAMBLE
C/O IRENE HOOKS
2502 SHINING WATER DR
#101
Louisville, KY 40299
Tel: (502) 742-3278
Residential
FISHIT@GCI.NET

**Recipient**
U.S. ATTORNEY
555 4TH ST NW
WASHINGTON, DC 20001-2733
Business

**Shipping Information**
Ship Date: Mon 11 Feb 2008
Delivery Date: Wed 13 Feb 2008 EOD (Expected)
Service / Zone: UPS Ground Com / 4
Shipment Info: 1 Package
3 lbs Actual / 3 lbs Billed (total weight)

Description: --

**Shipment Service Options**
E-mail Shipment Notification
  FISHIT@GCI.NET
E-mail Delivery Notification
  FISHIT@GCI.NET

**Billing**
Company Account (Prepaid)

**Drop-Off Location**
THE UPS STORE #3152
12123 SHELBYVILLE RD
STE 100
LOUISVILLE, KY 40243-1447 US

**Shipment Charges**

| | |
|---|---:|
| UPS Ground Com | 7.64 |
| E-mail Shipment Notification | .00 |
| E-mail Delivery Notification | .00 |
| Fuel Surcharge | .48 |
| **Total Shipment Charges:** | **$ 8.12** |

## Tracking Information

**Tracking Information**
Status: DELIVERED
Delivery Date: Wed Feb 13 2008 11:39AM (Actual)
Carrier Trk#: 1ZE8E0760375029427
Shipment ID: MMUJF3CMKYD44
Or/Item#:
Ref#:
Signed By: HAIGHT ✓
Location: OFFICE

**Last Scan**
2008-02-13 11:39:00 LANDOVER DC US

## Package Details

**# Package Tracking Information**
1  Status: DELIVERED
Delivery Date: Wed Feb 13 2008 11:39AM (Actual)
Tracking #: 1ZE8E0760375029427
Package ID: MMUJF3CMKYD44
PkgRef1: --
PkgRef2: --
Signed By:
Location:
Last Scan: 2008-02-13 11:39:00 LANDOVER DC

**Package Information**
Package Info: Other Packaging: 13 x 10 x 4
3 lbs Actual / 3 lbs Billed
Rectangular (Box/Env/Pack)
Options: E-mail Shipment Notification
  FISHIT@GCI.NET
E-mail Delivery Notification
  FISHIT@GCI.NET

**Package Charges**

| | |
|---|---:|
| UPS Ground Com | 7.64 |
| E-mail Shipment Notification | .00 |
| E-mail Delivery Notification | .00 |
| Fuel Surcharge | .48 |
| **Package #1 Total:** | **$ 8.12** |

iShip   Version 8.1.1295.15 (2 Mar 2008)              Page 1 of 1

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Fredrick M. Gamble (Plaintiff)
MAJOR, U.S. Army, (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)
Regional Confinement Facility
1490 Randolph Road
Fort Sill, OK 73503

**SUMMONS IN A CIVIL CASE**

V.

Department of the Army, ET AL
ATTN: U.S. Army Legal Services Agency
901 North Stuart Street
Arlington, VA 22203-1837;

CASE

Case: 1:08-cv-00207
Assigned To : Huvelle, Ellen S.
Assign. Date : 2/5/2008
Description: FOIA/Privacy Act

TO: (Name and address of Defendant)

**U.S. ATTORNEY GENERAL
D.O.J.
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'  Pro SE (name and address)

Frederick M. Gamble Regional Confinement Facility 1490 Randolph Road Fort Sill, OK 73503

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON         FEB - 5 2008
CLERK                            DATE

(By) DEPUTY CLERK

## Shipment Details

**MMUJF3CTUUQE5**

THE UPS STORE #3152
12123 SHELBYVILLE RD
STE 100
LOUISVILLE, KY  402431447
(502) 254-9330

Print Date: Tue 11 Mar 2008
Shipper No.: E8E076
Rate Type: Retail
Currency: USD
Weight: lbs
Dimensions: in

## Shipment Information

**Sender**
FREDERICK GAMBLE
C/O IRENE HOOKS
2502 SHINING WATER DR
#101
Louisville, KY 40299
Tel: (502) 742-3278
Residential
FISHIT@GCI.NET

**Recipient**
U.S. ATTORNEY GENERAL
DOJ
950 PENNSYLVANIA AVE NW
WASHINGTON, DC 20530-0001
Business

**Shipping Information**
Ship Date: Mon 11 Feb 2008
Delivery Date: Wed 13 Feb 2008 EOD (Expected)
Service / Zone: UPS Ground Com / 4
Shipment Info: 1 Package
3.05 lbs Actual / 4 lbs Billed (total weight)

Description: --

**Shipment Service Options**
E-mail Shipment Notification
  FISHIT@GCI.NET
E-mail Delivery Notification
  FISHIT@GCI.NET

**Billing**
Company Account(Prepaid)

**Drop-Off Location**
THE UPS STORE #3152
12123 SHELBYVILLE RD
STE 100
LOUISVILLE, KY 40243-1447 US

**Shipment Charges**
| | |
|---|---|
| UPS Ground Com | 8.02 |
| E-mail Shipment Notification | .00 |
| E-mail Delivery Notification | .00 |
| Fuel Surcharge | .50 |
| **Total Shipment Charges:** | **$ 8.52** |

## Tracking Information

**Tracking Information**

Status: DELIVERED
Delivery Date: Wed Feb 13 2008  1:34PM (Actual)
Carrier Trk#: 1ZE8E0760375028124
Shipment ID: MMUJF3CTUUQE5
Or/Item#:
Ref#:
Signed By: PARRIS ✓
Location: RECEIVER

**Last Scan**
2008-02-13 13:34:00 LANDOVER DC US

## Package Details

**# Package Tracking Information**

1  Status: DELIVERED
   Delivery Date: Wed Feb 13 2008  1:34PM (Actual)
   Tracking #: 1ZE8E0760375028124
   Package ID: MMUJF3CTUUQE5
   PkgRef1: --
   PkgRef2: --
   Signed By:
   Location:
   Last Scan: 2008-02-13 13:34:00 LANDOVER DC

**Package Information**
Package Info: Other Packaging: 13 x 10 x 4
   3.05 lbs Actual / 4 lbs Billed
   Rectangular (Box/Env/Pack)
Options: E-mail Shipment Notification
   FISHIT@GCI.NET
   E-mail Delivery Notification
   FISHIT@GCI.NET

**Package Charges**
| | |
|---|---|
| UPS Ground Com | 8.02 |
| E-mail Shipment Notification | .00 |
| E-mail Delivery Notification | .00 |
| Fuel Surcharge | .50 |
| **Package #1 Total:** | **$ 8.52** |


iShip

Version 8.1.1295.15 (2 Mar 2008)

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Fredrick M. Gamble (Plaintiff)
MAJOR, U.S. Army, (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)
Regional Confinement Facility
1490 Randolph Road
Fort Sill, OK 73503

**SUMMONS IN A CIVIL CASE**

V.

Department of the Army, *ET AL*
ATTN: U.S. Army Legal Services Agency
901 North Stuart Street
Arlington, VA 22203-1837;

CASE

Case: 1:08-cv-00207
Assigned To : Huvelle, Ellen S.
Assign. Date : 2/5/2008
Description: FOIA/Privacy Act

TO: (Name and address of Defendant)

Department of the Army 901 North Stuart Street Arlington, VA 22203-1837

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S *PRO SE* (name and address)

Frederick M. Gamble Regional Confinement Facility 1490 Randolph Road Fort Sill, OK 73503

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

FEB - 5 2008

DATE

(By) DEPUTY CLERK

## Shipment Details

**MMUJF3CTK2FUU**

THE UPS STORE #3152
12123 SHELBYVILLE RD
STE 100
LOUISVILLE, KY  402431447
(502) 254-9330

| | |
|---|---|
| Print Date: | Tue 11 Mar 2008 |
| Shipper No.: | E8E076 |
| Rate Type: | Retail |
| Currency: | USD |
| Weight: | lbs |
| Dimensions: | in |

### Shipment Information

**Sender**
FREDERICK GAMBLE
C/O IRENE HOOKS
2502 SHINING WATER DR
#101
Louisville, KY 40299
Tel: (502) 742-3278
Residential
FISHIT@GCI.NET

**Recipient**
DEPARTMENT OF THE ARMY
901 N STUART ST
ARLINGTON, VA 22203-1821
Business

**Shipping Information**
| | |
|---|---|
| Ship Date: | Mon 11 Feb 2008 |
| Delivery Date: | Wed 13 Feb 2008 EOD (Expected) |
| Service / Zone: | UPS Ground Com / 4 |
| Shipment Info: | 1 Package |
| | 3.25 lbs Actual / 4 lbs Billed (total weight) |
| Description: | -- |

**Shipment Service Options**
E-mail Shipment Notification
  FISHIT@GCI.NET
E-mail Delivery Notification
  FISHIT@GCI.NET

**Billing**
Company Account(Prepaid)

**Drop-Off Location**
THE UPS STORE #3152
12123 SHELBYVILLE RD
STE 100
LOUISVILLE, KY 40243-1447 US

**Shipment Charges**
| | |
|---|---:|
| UPS Ground Com | 8.02 |
| E-mail Shipment Notification | .00 |
| E-mail Delivery Notification | .00 |
| Fuel Surcharge | .50 |
| **Total Shipment Charges:** | **$ 8.52** |

### Tracking Information

**Tracking Information**
| | |
|---|---|
| Status: | DELIVERED |
| Delivery Date: | Thu Feb 14 2008 10:30AM (Actual) |
| Carrier Trk#: | 1ZE8E0760308364066 |
| Shipment ID: | MMUJF3CTK2FUU |
| Or/Item#: | |
| Ref#: | |
| Signed By: | MORRONE ✓ |
| Location: | MAIL ROOM |

**Last Scan**
2/14/2008 10:30:00 AM DELIVERED ARLINGTON, VA US

### Package Details

**# Package Tracking Information**
1
| | |
|---|---|
| Status: | DELIVERED |
| Delivery Date: | Thu Feb 14 2008 10:30AM (Actual) |
| Tracking #: | 1ZE8E0760308364066 |
| Package ID: | MMUJF3CTK2FUU |
| PkgRef1: | -- |
| PkgRef2: | -- |
| Signed By: | |
| Location: | |
| Last Scan: | 2/14/2008 10:30:00 AM DELIVERED / |

**Package Information**
Package Info: Other Packaging: 13 x 10 x 4
3.25 lbs Actual / 4 lbs Billed
Rectangular (Box/Env/Pack)
Options: E-mail Shipment Notification
  FISHIT@GCI.NET
E-mail Delivery Notification
  FISHIT@GCI.NET

**Package Charges**
| | |
|---|---:|
| UPS Ground Com | 8.02 |
| E-mail Shipment Notification | .00 |
| E-mail Delivery Notification | .00 |
| Fuel Surcharge | .50 |
| **Package #1 Total:** | **$ 8.52** |


iShip

Version 8.1.1295.15 (2 Mar 2008)

Page 1 of 1

# UNITED STATES DISTRICT COURT
## District of Columbia

Fredrick M. Gamble (Plaintiff)
MAJOR, U.S. Army, (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)
Regional Confinement Facility
1490 Randolph Road
Fort Sill, OK 73503

V.

**SUMMONS IN A CIVIL CASE**

Department of the Army, ETAL
ATTN: U.S. Army Legal Services Agency
901 North Stuart Street
Arlington, VA 22203-1837;

CASE

Case: 1:08-cv-00207
Assigned To : Huvelle, Ellen S.
Assign. Date : 2/5/2008
Description: FOIA/Privacy Act

TO: (Name and address of Defendant)

ALASKA DEPARTMENT OF
MILITARY AND VETERANS AFFAIRS
ATTN: THE ALASKA ARMY NAT'L. GUARD
POB 5800 CAMP DENALI
FORT RICHARDSON, AK. 99505

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S PROSE ~~[redacted]~~ (name and address)

Frederick M. Gamble Regional Confinement Facility 1490 Randolph Road Fort Sill, OK 73503

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON        FEB - 5 2008

CLERK                          DATE

(By) DEPUTY CLERK

THE UPS STORE #3152  
12123 SHELBYVILLE RD  
STE 100  
LOUISVILLE, KY 402431447  
(502) 254-9330

MMUJF3CAGKZ4C

| | |
|---|---|
| Print Date: | Tue 11 Mar 2008 |
| Shipper No.: | E8E076 |
| Rate Type: | Retail |
| Currency: | USD |
| Weight: | lbs |
| Dimensions: | in |

## Shipment Information

**Sender**  
FREDERICK GAMBLE  
C/O IRENE HOOKS  
2502 SHINING WATER DR  
#101  
Louisville, KY 40299  
Tel: (502) 742-3278  
Residential  
FISHIT@GCI.NET

**Recipient**  
ALASKA DEPT. OF MILITARY & VETERAN:  
ATTN: THE ALASKA ARMY NATL. GUARD  
49000 DAVIS HWY  
CAMP DENALI  
Fort Richardson, AK 99505  
Business

**Shipping Information**  
Ship Date: Mon 11 Feb 2008  
Delivery Date: Thu 14 Feb 2008 EOD (Expected)  
Service / Zone: UPS Ground Com / 44  
Shipment Info: 1 Package  
3.25 lbs Actual / 4 lbs Billed (total weight)  
Description: --

**Shipment Service Options**  
E-mail Shipment Notification  
FISHIT@GCI.NET  
E-mail Delivery Notification  
FISHIT@GCI.NET

**Billing**  
Company Account(Prepaid)

**Drop-Off Location**  
THE UPS STORE #3152  
12123 SHELBYVILLE RD  
STE 100  
LOUISVILLE, KY 40243-1447 US

**Shipment Charges**  
| | |
|---|---:|
| UPS Ground Com | 30.37 |
| E-mail Shipment Notification | .00 |
| E-mail Delivery Notification | .00 |
| Fuel Surcharge | 1.90 |
| **Total Shipment Charges:** | **$ 32.27** |

## Tracking Information

| | | Last Scan |
|---|---|---|
| Status: | DELIVERED | 2008-02-18 09:34:00 ANCHORAGE AK US |
| Delivery Date: | Mon Feb 18 2008 9:34AM (Actual) | |
| Carrier Trk#: | 1ZE8E0760375025529 | |
| Shipment ID: | MMUJF3CAGKZ4C | |
| Or/Item#: | | |
| Ref#: | | |
| Signed By: | BAFFRON | |
| Location: | GUARD | |

## Package Details

**# Package Tracking Information**  
1 Status: DELIVERED  
Delivery Date: Mon Feb 18 2008 9:34AM (Actual)  
Tracking # 1ZE8E0760375025529  
Package ID MMUJF3CAGKZ4C  
PkgRef1: --  
PkgRef2: --  
Signed By:  
Location:  
Last Scan: 2008-02-18 09:34:00 ANCHORAGE A

**Package Information**  
Package Info: Other Packaging: 13 x 10 x 4  
3.25 lbs Actual / 4 lbs Billed  
Rectangular (Box/Env/Pack)  
Options: E-mail Shipment Notification  
FISHIT@GCI.NET  
E-mail Delivery Notification  
FISHIT@GCI.NET

**Package Charges**  
| | |
|---|---:|
| UPS Ground Com | 30.37 |
| E-mail Shipment Notification | .00 |
| E-mail Delivery Notification | .00 |
| Fuel Surcharge | 1.90 |
| **Package #1 Total:** | **$ 32.27** |