UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREDRICK M. GAMBLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 08-0207 (ESH) |
| | ) |
| DEPARTMENT OF THE ARMY *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on plaintiff's motion for the appointment of counsel in this Privacy Act case. Plaintiff is not proceeding *in forma pauperis* and therefore does not qualify for appointment of counsel from the Court's Civil Pro Bono Panel. *See* Local Civil Rule 83.11(b)(3).

Moreover, plaintiffs in civil cases generally do not have a constitutional or statutory right to counsel. *See Willis v. F.B.I.*, 274 F.3d 531, 532-33 (D.C. Cir. 2001); *Ray v. Robinson*, 640 F.2d 474, 477 (3d Cir. 1981). Therefore, even if plaintiff were proceeding *in forma pauperis*, the Court would not be obliged to appoint counsel unless the plaintiff were to demonstrate that such exceptional circumstances exist that the denial of counsel would result in fundamental unfairness. *See Cookish v. Cunningham*, 787 F.2d 1, 2 (1st Cir. 1986). "Whether exceptional circumstances exist requires an evaluation of the type and complexity of each case, and the abilities of the individual bringing it." *Id*.

The Court has considered the potential merits of the claim, the complexity of the legal and factual issues involved, plaintiff's *pro se* representation thus far, and the degree to which the

interests of justice will be served by appointment of counsel, including the benefit the Court may derive from the assistance of the appointed counsel. *See* Local Civil Rule 83.11(b)(3). The Court has also taken into consideration the very limited *pro bono* resources available to the Court. After carefully weighing these factors, the Court concludes that the appointment of counsel is not warranted at this early stage of the proceeding. Accordingly, it is hereby

ORDERED that plaintiff's motion for the appointment of counsel [Dkt. No. 3] is DENIED WITHOUT PREJUDICE.

          /s/
ELLEN SEGAL HUVELLE
United States District Judge

DATE: March 26, 2008