**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                        )
**FREDERICK M. GAMBLE**                )
                                                        )
         **Plaintiff,**            )
                                                        )
    **v.**                                        )         **Civil Action No. 08-0207 (ESH)**
                                                        )
**DEPARTMENT OF THE ARMY, et al.[1]** )
                                                        )
       **Defendants.**          )
_____)

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME**
**WITHIN WHICH TO ANSWER, MOVE, OR OTHERWISE RESPOND TO**
**PLAINTIFF'S COMPLAINT**

Plaintiff brings this action alleging various allegations under the Privacy Act.

Defendants now respectfully move this Court for a thirty (30) day enlargement of time through

and including May 13, 2008, within which to answer, move, or otherwise respond to Plaintiff's

Complaint. Good Cause exists to grant this Motion:

1. Plaintiff's *pro se* Complaint is 124 pages long and alleges violations against various

different federal, and perhaps, state agencies. While the Defendants have been diligently

working on Plaintiff's Complaint, Defendants need more time to properly contact all the

agencies and properly respond to Plaintiff's lengthy Complaint.

2. Defendants' answer, motion or other response to this Complaint is presently due April

14, 2008.

3. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or

_____

[1] Counsel represents Defendant Alaska Department of Military and Veterans Affairs to
the extent Plaintiff alleges it is a federal agency pursuant to the Privacy Act. See 5 U.S.C.
552a(g).

any other in-court matters.

    4.  This is the first enlargement of time sought in this matter.

    5.  Plaintiff does not consent to this enlargement[2]

For these reasons, Defendants request that the Court grant their Motion for an

Enlargement of Time Within Which to Answer, Move or Otherwise Respond.  A proposed Order

is included with this Motion.

                         Respectfully submitted,


                         _____/s_____
                         JEFFREY A. TAYLOR, D.C. Bar # 498610
                         United States Attorney


                         _____/s_____
                         RUDOLPH CONTRERAS D.C. Bar #  434122
                         Assistant United States Attorney

                         _____/s_____
                         BRIAN C. BALDRATE
                         Special Assistant U.S.  Attorney
                         555 Fourth Street, N.W.,
                         Washington, D.C.  20530
                         (202) 353-9895

---

    [2] While Local Rule 7(m)'s duty to confer on nondispositive motions does not apply to incarcerated parties appearing pro se, because Plaintiff contacted counsel for the federal Defendants via telephone, Defendant sought, unsuccessfully, Plaintiff's consent to file this motion.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing has been served by First-Class Mail, postage

paid to:

FREDERICK M. GAMBLE
Regional Confinement Facility
1490 Randolph Road
Fort Sill, OK 73503

on this _____ day of April, 2008.

Respectfully submitted,

_____/s/_____
BRIAN C. BALDRATE
Special Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FREDERICK M. GAMBLE** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 08-0207 (ESH)** |
| ) | |
| **DEPARTMENT OF THE ARMY, <u>et</u> <u>al</u>.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## <u>ORDER</u>

Upon consideration of the Defendants' Motion for an Enlargement of time to Answer, Move, or Otherwise respond to Plaintiff's Complaint, any Opposition thereto, and  the entire record of this case, it is hereby

**ORDERED** that Defendants' Motion is **GRANTED**, and it is further

**ORDERED** that Defendants answer, move, or otherwise respond to Plaintiff's Complaint by **May 14, 2008**.

Dated this ____ day of _____ , 2008.

_____
ELLEN SEGAL HUVELLE
United States District Judge

Copies to:

Counsel via ECF and Plaintiff via first class mail