TALIS J. COLBERG
ATTORNEY GENERAL

Rebecca H. Cain
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, AK  99501

Attorney for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREDRICK M. GAMBLE, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:08-cv-00207 ESH |
| ) | |
| vs. ) | |
| ) | |
| DEPARTMENT OF THE ARMY, ) | |
| ALASKA DEPARTMENT OF ) | |
| MILITARY AND VETERANS ) | |
| AFFAIRS, ALASKA ARMY ) | |
| NATIONAL GUARD and THE ) | |
| ALASKA NATIONAL GUARD ) | |
| YOUTH CORPS, ) | **LIMITED ENTRY OF** |
| ) | **APPEARANCE** |
| Defendant. ) | |
| ) | |

The State of Alaska, Office of the Attorney General, hereby submits this limited entry of appearance for the purpose of filing a motion to dismiss on behalf of the State of Alaska, the Alaska Department of Military and Veterans Affairs, the Alaska Army National Guard, and the Alaska National Guard Youth Corps.  This limited entry is filed on behalf of the Alaska Department of Military and Veterans Affairs, the Alaska Army National Guard, and the Alaska National Guard Youth Corps in their capacity as

agencies of the State of Alaska.[1] This limited entry of appearance is not intended to be and should not be construed as a waiver of the State's Eleventh Amendment immunity.

Copies of all notices, motions and pleadings should be sent to the address referenced above. The undersigned enters this appearance on behalf of the State of Alaska, the Alaska Department of Military and Veterans Affairs, the Alaska Army National Guard, and the Alaska National Guard Youth Corps pursuant to Local Civil Rule 83.2(f).[2]

DATED this 14th day of April, 2008, at Anchorage, Alaska.

TALIS J. COLBERG
ATTORNEY GENERAL

By:  s/ Rebecca H. Cain
     Assistant Attorney General
     Office of the Attorney General
     1031 W. 4th Ave., Ste. 200
     Anchorage, AK 99501
     Phone: (907) 269-5190
     Fax:    (907) 258-0760
     Rebecca.Cain@alaska.gov
     Alaska Bar No. 9811056

---

[1] The US Attorney's office for the District of Columbia has already entered a limited appearance on behalf of these agencies to the extent that any claims may arise against them as federal agencies for the purposes of Plaintiff's Privacy Act claims. *See* Docket No. 6.

[2] Local Civil Rule 83.3(j) certification previously filed on March 8, 2008.

LIMITED ENTRY OF APPEARANCE
*Gamble v. State*
Case No. 1:08-cv-00207 ESH
Page 2 of 3

CERTIFICATE OF SERVICE

This is to certify that on this date,
a copy of the foregoing
Limited Entry of Appearance
is being served via first class mail on:

Fredrick M. Gamble
Regional Confinement Facility
1490 Randolph Road
Fort Sill, OK 73503

Via ECF:

Brian Christopher Baldrate
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, NW
Washington, DC  20530

s/ Rebecca H. Cain          4/14/08