# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

```
_____
                                        )
FREDERICK M. GAMBLE                     )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )      Civil Action No.  08-207 (ESH)
                                        )
DEPARTMENT OF THE ARMY,                 )
ALASKA DEPARTMENT OF MILITARY           )
AND VETERANS AFFAIRS, ALASKA            )
ARMY NATIONAL GUARD, and the            )
ALASKA NATIONAL GUARD YOUTH             )
CORPS,                                  )
                                        )
            Defendant.                  )
_____ )
```

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendants' Motion to Dismiss for Lack of Jurisdiction [Dkt. #8] is

**GRANTED** and plaintiff's claims against the State of Alaska agencies, including the Alaska

Department of Military and Veterans Affairs, the Alaska Army National Guard, and the Alaska

National Guard Youth Corps, are **DISMISSED**.


_____/s/_____
ELLEN SEGAL HUVELLE
United States District Judge

Date: June 4, 2008