IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FREDERICK M. GAMBLE** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**THE DEPARTMENT OF THE ARMY,** )<br>**et al.** )<br>)<br>**Defendants.** )<br>) | Civil Action No. 08-0207 (ESH) |

## NOTICE OF SUBSTITUTION OF COUNSEL

Defendant respectfully requests that the Clerk of the Court enter the appearance of Special Assistant United States Attorney Lanny J. Acosta, Jr. as counsel for federal defendant in the above captioned case and withdraw the appearance of Special Assistant United States Attorney Brian C. Baldrate.

                                                Respectfully submitted,

                                                _____/s/_____
                                                LANNY J. ACOSTA, JR.
                                                Special Assistant United States Attorney
                                                Civil Division
                                                555 Fourth St., N.W.
                                                Washington, D.C.  20530
                                                202-353-9895  / FAX 202-514-8780

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served by First-Class Mail, postage paid to:

FREDERICK M. GAMBLE (Plaintiff)
Regional Confinement Facility
1490 Randolph Road
Fort Sill, OK 73503

on this _____ day of June, 2008.

                                                    Respectfully submitted,

                                                    _____/s/_____
                                                    LANNY J. ACOSTA, JR.
                                                    Special Assistant United States Attorney
                                                    Civil Division
                                                    555 Fourth St., N.W.
                                                    Washington, D.C.  20530
                                                    202-353-9895  / FAX 202-514-8780