IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FREDERICK M. GAMBLE** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-0207 (ESH) |
| ) | |
| **DEPARTMENT OF THE ARMY**, et al. ) | |
| ) | |
| Defendants. ) | |

**FEDERAL DEFENDANT'S MOTION FOR AN ENLARGEMENT OF
TIME WITHIN WHICH TO REPLY TO PLAINTIFF'S OPPOSITION
TO FEDERAL DEFENDANT'S MOTION TO DISMISS OR IN THE
ALTERNATIVE MOTION FOR A MORE DEFINITE STATEMENT**

Plaintiff brings this action alleging various allegations under the Privacy Act. Defendants now respectfully move this Court for a thirty (30) day enlargement of time through and including July 18, 2008, within which to Reply to Plaintiff's Opposition to Federal Defendant's Motions to Dismiss or in the Alternative Motion for A More Definite Statement. Good Cause exists to grant this Motion:

1. Counsel for federal defendant is newly assigned to this office and newly assigned as lead counsel on this case.

2. Defendant's Reply to Plaintiff's Opposition is presently due June 19, 2008.

3. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

4. This is the first enlargement of time sought in this matter.

5. Local Rule 7(m) does not require counsel to confer with incarcerated parties appearing pro se on nondispositive motions. Counsel for federal defendant has not conferred

with Plaintiff.

For these reasons, Defendant requests that the Court grant its Motion for an Enlargement of Time Within Which to Reply to Plaintiff's Opposition to Federal Defendant's Motions to Dismiss or in the Alternative Motion for A More Definite Statement.

Respectfully submitted,

_____/s_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_____/s_____
RUDOLPH CONTRERAS D.C. Bar #  434122
Assistant United States Attorney

_____/s_____
LANNY J. ACOSTA, JR.
Special Assistant U.S.  Attorney
555 Fourth Street, N.W.,
Washington, D.C.  20530
(202) 353-9895

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served by First-Class Mail, postage paid to:

FREDERICK M. GAMBLE (Plaintiff)
Regional Confinement Facility
1490 Randolph Road
Fort Sill, OK 73503

on this _____ day of June, 2008.

                                Respectfully submitted,

                                _____/s/_____
                                LANNY J. ACOSTA, JR.
                                Special Assistant United States Attorney
                                Civil Division
                                555 Fourth St., N.W.
                                Washington, D.C.  20530
                                202-353-9895  / FAX 202-514-8780

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **FREDERICK M. GAMBLE**    ) | |
|                            ) | |
| **Plaintiff,**             ) | |
|                            ) | |
| v.                         ) | Civil Action No. 08-0207 (ESH) |
|                            ) | |
| **DEPARTMENT OF THE ARMY, et al.** ) | |
|                            ) | |
| **Defendants.**            ) | |
|                            ) | |

### ORDER

Upon consideration of the Defendants' Motion for an Enlargement of time to Answer, Move, or Otherwise respond to Plaintiff's Complaint, any Opposition thereto, and the entire record of this case, it is hereby

**ORDERED** that Defendants' Motion is **GRANTED**, and it is further

**ORDERED** that Defendants answer, move, or otherwise respond to Plaintiff's Complaint by **July 18, 2008**.

Dated this _____ day of _____ , 2008.

_____
ELLEN SEGAL HUVELLE
United States District Judge

Copies to:

Counsel via ECF and Plaintiff via first class mail