IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **FREDERICK M. GAMBLE** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-0207 (ESH) |
| | ) | |
| **DEPARTMENT OF THE ARMY, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

**FEDERAL DEFENDANT'S MOTION TO ESTABLISH A BRIEFING SCHEDULE OR IN THE ALTERNATIVE FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Plaintiff brings this action alleging various allegations under the Privacy Act. Federal Defendants now respectfully move this Court for the establishment of a briefing schedule or in the alternative for a twenty-one (21) day enlargement of time through and including August 8, 2008, within which to answer, move, or otherwise reply to Plaintiff's Amended Complaint.

Good Cause exists to grant this Motion:

1. Plaintiff recently filed an thirty-two page Amended Complaint with three attachments of one hundred and fifteen pages and alleges violations against various different federal, and perhaps, state agencies.

2. Federal Defendants Motion to Dismiss or in the Alternative for a More Definite Statement, filed May 14, 2008, is rendered moot by Plaintiff's Amended Complaint.

3. Federal Defendants' answer, motion, or other response to this Amended Complaint is presently due June 18, 2008.

4. Granting this motion will not require the rescheduling of pre-trial or trial dates or any

other in-court matters.

5. This is the third enlargement of time sought in this matter, but the first since the filing of Plaintiff's Amended Complaint.

6. Local Rule 7(m) does not require counsel to confer with incarcerated parties appearing pro se on nondispositive motions. Counsel for federal Defendants did speak to Plaintiff, who stated that he did not take a position on this motion.

For these reasons, federal Defendants request that the Court grant its Motion for a Scheduling Order and propose the following briefing schedule:

1. Federal Defendant's answer, motion, or other response due by **August 8, 2008**;

2. Plaintiff's Opposition, if required, to federal Defendant's Motion due by **September 8, 2008**;

3. Federal Defendant's Reply to Plaintiff's Opposition due by **September 19, 2008**.

A proposed Order is included with this Motion.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS D.C. Bar # 434122
Assistant United States Attorney

_____/s/_____
LANNY J. ACOSTA, JR.
Special Assistant U.S. Attorney
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 353-9895

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served by First-Class Mail, postage paid to:

FREDERICK M. GAMBLE (Plaintiff)
Regional Confinement Facility
1490 Randolph Road
Fort Sill, OK 73503

on this _____ day of July, 2008.

Respectfully submitted,

_____/s/_____
LANNY J. ACOSTA, JR.
Special Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FREDERICK M. GAMBLE** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 08-0207 (ESH) |
| ) | |
| **DEPARTMENT OF THE ARMY, et al.** ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

Upon consideration of the Defendants' Motion to Establish a Briefing Schedule or in the Alternative for an Enlargement of Time Within Which to Answer, Move or Otherwise Respond to Plaintiff's Amended Complaint, any Opposition thereto, and the entire record of this case, it is hereby

**ORDERED** that Defendants' Motion is **GRANTED**, and it is further

**ORDERED** that Defendants answer, move, or otherwise respond to Plaintiff's Amended Complaint by **July 18, 2008**.

**ORDERED** that Plaintiff's Opposition, if required, to federal Defendant's Motion due by **September 8, 2008**;

**ORDERED** Federal Defendant's Reply to Plaintiff's Opposition due by **September 19, 2008**.

Dated this ____ day of _____ , 2008.

_____
ELLEN SEGAL HUVELLE
United States District Judge

Copies to:

Counsel via ECF and Plaintiff via first class mail