IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FREDERICK M. GAMBLE** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **DEPARTMENT OF THE ARMY, et al.** ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 08-0207 (ESH) |

**FEDERAL DEFENDANT'S WITHDRAWAL OF MOTION TO ESTABLISH A BRIEFING SCHEDULE OR IN THE ALTERNATIVE FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Federal Defendants hereby withdraw their Motion to Establish a Briefing Schedule or in the Alternative for an Enlargement of Time Within Which to Answer, Move, or Otherwise Reply to Plaintiff's Amended Complaint, filed as document #21. The motion was filed improvidently.

Respectfully submitted,

_____/s_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_____/s_____
RUDOLPH CONTRERAS D.C. Bar # 434122
Assistant United States Attorney

_____/s_____
LANNY J. ACOSTA, JR.
Special Assistant U.S. Attorney
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 353-9895

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served by First-Class Mail, postage paid to:

FREDERICK M. GAMBLE (Plaintiff)
Regional Confinement Facility
1490 Randolph Road
Fort Sill, OK 73503

on this _____ day of June, 2008.

                                                  Respectfully submitted,

                                                  _____/s/_____
                                                  LANNY J. ACOSTA, JR.
                                                  Special Assistant United States Attorney
                                                  Civil Division
                                                  555 Fourth St., N.W.
                                                  Washington, D.C.  20530
                                                  202-353-9895  / FAX 202-514-8780