UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREDRICK M. GAMBLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-0207 (ESH) |
| | ) |
| DEPARTMENT OF THE ARMY AND, | ) |
| ALASKA DEPARTMENT OF MILITARY | ) |
| AND VETERAN AFFAIRS | ) |
| | ) |
| Defendant. | ) |
| | ) |

**REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND**

# PLEASE SEE DOCKET # 24 FOR DUPLICATE IMAGE

Respectfully submitted,

_____/s_____
JEFFREY A. TAYLOR, D.C. BAR No. 498610
United States Attorney

_____/s_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney

_____/s_____
LANNY J. ACOSTA, JR.
Special Assistant U.S. Attorney
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 353-9895