UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FREDERICK M. GAMBLE**  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>**DEPARTMENT OF THE ARMY**,  )<br>**ALASKA DEPARTMENT OF MILITARY** )<br>**AND VETERANS AFFAIRS**, **ALASKA**  )<br>**ARMY NATIONAL GUARD**, and the  )<br>**ALASKA NATIONAL GUARD YOUTH**  )<br>**CORPS**,  )<br>)<br>Defendants.  )<br>) | Civil Action No. 08-207 (ESH) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiff's motion to amend his complaint and his motion for reconsideration [Dkt. # 20] are **GRANTED**, and the Court's previous Memorandum Opinion [Dkt. # 15], *Gamble v. Dep't of the Army*, No. 08-cv-207(ESH), 2008 WL 2278337, at *1 (D.D.C. June 4, 2008), is **VACATED**; and it is further

**ORDERED** that defendants' motions to dismiss [Dkt. ## 8, 11] are **GRANTED**, plaintiff's motion for summary judgment [Dkt. # 10] is **DENIED**, all of plaintiff's claims are **DISMISSED** with prejudice as to all defendants, and the above-captioned case is **DISMISSED**.

**This is a final appealable order.** *See* **Fed. R. App. P. 4.**

**SO ORDERED**.

_____/s/_____
ELLEN SEGAL HUVELLE
United States District Judge

Date: July 23, 2008